UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

Powell 1023 Corp.,                       Chapter:      11
                                         Case No.:     1-25-43219-jmm

                       Debtor.

---------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 2018, 4001, 9007 and 9010 DAJA SALES CORP., A SIX AND 36/100 PERCENT (6.36%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LAURENCE MASCERA, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LAWRENCE M. WILENS, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LESLIE GRANOFF, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, MICHAEL ROBERTS, A TWENTY-SEVEN AND 28/100 PERCENT (27.28%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, MICHAEL SUSSMAN, A FOURTEEN AND 55/100 PERCENT (14.55%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, NORTH-SIDE METRO ASSOCIATES, INC., AN EIGHTEEN AND 18/100 PERCENT (18.18%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, PHILIP GROSSMAN, A SIX AND 36/100 PERCENT (6.36%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, by Andrew Goldberg, Esq., hereby appears in the above-entitled case and demands service of all papers and notices of all proceedings herein.

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise which affects or seeks to affect in any way, any rights, claims or interest of DAJA SALES CORP., A SIX AND 36/100 PERCENT (6.36%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LAURENCE MASCERA, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LAWRENCE M. WILENS, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LESLIE GRANOFF, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, MICHAEL ROBERTS, A TWENTY-SEVEN AND 28/100 PERCENT (27.28%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, MICHAEL SUSSMAN, A FOURTEEN AND 55/100 PERCENT (14.55%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER

DESCRIBED, NORTH-SIDE METRO ASSOCIATES, INC., AN EIGHTEEN AND 18/100 PERCENT (18.18%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, PHILIP GROSSMAN, A SIX AND 36/100 PERCENT (6.36%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED.

Dated: Syosset, New York
      July 7, 2025

**MARGOLIN, WEINREB & NIERER, LLP**
Attorneys for DAJA SALES CORP., A SIX AND 36/100 PERCENT (6.36%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LAURENCE MASCERA, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LAWRENCE M. WILENS, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, LESLIE GRANOFF, A NINE AND 09/100 PERCENT (9.09%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, MICHAEL ROBERTS, A TWENTY-SEVEN AND 28/100 PERCENT (27.28%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, MICHAEL SUSSMAN, A FOURTEEN AND 55/100 PERCENT (14.55%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, NORTH-SIDE METRO ASSOCIATES, INC., AN EIGHTEEN AND 18/100 PERCENT (18.18%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED, PHILIP GROSSMAN, A SIX AND 36/100 PERCENT (6.36%) OWNERSHIP INTEREST IN THE MORTGAGE HEREINAFTER DESCRIBED

By:   */s/ Andrew Goldberg*
Andrew Goldberg, Esq.
575 Underhill Boulevard, Suite 224
Syosset, New York 11791
(516) 921-3838
andrew@nyfclaw.com

To:    Karamvir Dahiya, Esq. (via U.S. Mail)
        U.S. Trustee (via ECF)